## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **COREY McRAE, SR.** | * | **CIVIL ACTION NO. 2:15-cv-2142** |
| # 76939-004 | * | |
| | * | |
| v. | * | **JUDGE MINALDI** |
| | * | |
| | * | |
| **LORETTA LYNCH, ET AL.** | * | **MAGISTRATE JUDGE KAY** |

*******************************************************************

### JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 5) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Plaintiff's Objections (Rec. Doc. 6), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus (Rec. Doc. 1) filed pursuant to 28 U.S.C. § 2241 is **DISMISSED WITH PREJUDICE** because the court lacks jurisdiction to consider these claims.

Lake Charles, Louisiana, this 16 day of May, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE